IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18CR144 |
| vs. | |
| CHRISTOPHER BOYD JAMES SNOW, | MEMORANDUM AND ORDER |
| Defendant. | |

This matter came before the Court on April 16, 2019, for a Rule 17.1 Conference. Assistant United States Attorneys Kelli Ceraolo and Michael Norris appeared on behalf of the government. Michael Maloney appeared on behalf of Defendant, whose presence was excused. The Court and counsel discussed Defendant's request for certain DNA testing ([Filing No. 41](#)) and the government's response ([Filing No. 43](#)), and other matters, including Defendant's reciprocal discovery obligations. See Fed. R. Crim. P. 16(a)(1)(F), (b)(1)(B); NECrimR 16.1(b)(1).

The parties agreed to meet and confer regarding Defendant's request to have an expert take swabs, or for personnel at UNMC to provide swabs held in evidence or take additional swabs, of a pair of shorts held in evidence, and for the government to provide vaginal swabs held in evidence, for YSTR or other DNA testing, at Defendant's expense, including any fees and shipping costs. Defendant agreed to enter into a chain of custody or protective order as required by the government to assure that any loss of swabs held in evidence provided for testing will not form a basis for an objection to the admissibility into evidence on behalf of the government of any previous test results of the swabs. The parties also agreed to a deadline of fourteen days in advance of trial for Defendant to comply with Fed. R. Crim. P. 16(b)(1)(C). Accordingly,

**IT IS ORDERED:**

1. The trial in this case remains set to commence on July 9, 2019;
2. On or before May 31, 2019, the parties shall meet and confer as agreed above;
3. Defendant shall comply with Fed. R. Crim. P. 16(b)(1)(C) within fourteen days of the trial; and
4. The parties shall request another Rule 17.1 Conference before the Court if necessary to promote a fair and expeditious trial.

Dated this 17th day of April, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge