IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

DEC 0 6 2019

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHRISTOPHER BOYD JAMES SNOW

Defendant.

**8:18CR144**

**JUDGMENT**

The defendant entered a plea of not guilty to Counts I and II of the Indictment. The jury found the defendants not guilty on counts I and II of the Indictment. Accordingly, judgment is hereby entered, the defendant is discharged, and the Indictment is dismissed.

IT IS SO ORDERED.

Dated this 6th day of December 2019.

BY THE COURT:

Laurie Smith Camp
Chief United States District Judge